IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 19-05575 ESL |
| COLON MUNET, SIXTO<br>xxx-xx-7682 | * | CHAPTER 13 |
| TORRES SANES, GLORIBEL<br>xxx-xx-5715 | * | |
| | * | |
| DEBTORS | | |

### DEBTORS' NOTICE OF FILING OF *AMENDED SCHEDULES "I" and "J"* OFFICIAL FORMS 106I & 106J

**TO THE HONORABLE COURT:**

**COME NOW, SIXTO COLON MUNET and GLORIBEL TORRES SANES,** the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Debtors are hereby submitting **Amended Schedules "I" and "J"**, dated November 07, 2019, herewith and attached to this motion.

2. The amended Schedules "I" and "J" are filed to reflect that the Debtor's income is from a Government Pension to be included in Ln 8g, to include the Joint Debtor's actual place of work and monthly income, and the Debtors' current household expenses, reflecting a "new disposable income" of $512.00 per month, in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 07th day of November, 2019.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroalaw.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | SIXTO COLON MUNET |
| Debtor 2 (Spouse, if filing) | GLORIBEL TORRES SANES |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (If known) | 3:19-bk-5575 |

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed <br> ☒ Not employed | ☒ Employed <br> ☐ Not employed |
| Occupation | | Administrative Assistant |
| Employer's name | | Aut Conserv & Desarrollo Culebra |
| Employer's address | | PO Box 217 <br> Culebra, PR 00775-0217 |
| How long employed there? | | 1 months |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 1,949.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 0.00 | $ 1,949.00 |

Official Form 106I                     Schedule I: Your Income                     page 1

|     |                                                                                      |      | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | ------------------------------------------------------------------------------------ | ---- | -----------: | --------------------------------: |
|     | Copy line 4 here                                                                     | 4.   | $ 0.00       | $ 1,949.00                        |
| 5.  | List all payroll deductions:                                                         |      |              |                                   |
| 5a. | Tax, Medicare, and Social Security deductions                                        | 5a.  | $ 0.00       | $ 194.90                          |
| 5b. | Mandatory contributions for retirement plans                                         | 5b.  | $ 0.00       | $ 0.00                            |
| 5c. | Voluntary contributions for retirement plans                                         | 5c.  | $ 0.00       | $ 0.00                            |
| 5d. | Required repayments of retirement fund loans                                         | 5d.  | $ 0.00       | $ 0.00                            |
| 5e. | Insurance                                                                            | 5e.  | $ 0.00       | $ 0.00                            |
| 5f. | Domestic support obligations                                                         | 5f.  | $ 0.00       | $ 0.00                            |
| 5g. | Union dues                                                                           | 5g.  | $ 0.00       | $ 0.00                            |
| 5h. | Other deductions. Specify:                                                           | 5h.+ | $ 0.00       | + $ 0.00                          |
| 6.  | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.                       | 6.   | $ 0.00       | $ 194.90                          |
| 7.  | Calculate total monthly take-home pay. Subtract line 6 from line 4.                  | 7.   | $ 0.00       | $ 1,754.10                        |
| 8.  | List all other income regularly received:                                            |      |              |                                   |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends                                                               | 8b.  | $ 0.00       | $ 0.00                            |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation                                                            | 8d.  | $ 0.00       | $ 0.00                            |
| 8e. | Social Security                                                                      | 8e.  | $ 0.00       | $ 0.00                            |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income                                                         | 8g.  | $ 1,453.00   | $ 0.00                            |
| 8h. | Other monthly income. Specify:                                                       | 8h.+ | $ 0.00       | + $ 0.00                          |
| 9.  | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.                             | 9.   | $ 1,453.00   | $ 0.00                            |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,453.00 + $ 1,754.10 = $ 3,207.10 | |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ 0.00 | |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies | 12. | $ 3,207.10 Combined monthly income | |
| 13. | Do you expect an increase or decrease within the year after you file this form? ☐ No. ■ Yes. Explain: The Joint Debtor anticipates that she will commence working on or before month 6th of the Plan. | | | |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | SIXTO COLON MUNET |
| Debtor 2 (Spouse, if filing) | GLORIBEL TORRES SANES |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (If known) | 3:19-bk-5575 |

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ■ Yes. Does Debtor 2 live in a separate household?
       ■ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent...............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 21 | ☐ No  ■ Yes |
   | Son | 25 | ☐ No  ■ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $    0.00

   If not included in line 4:
   4a. Real estate taxes     4a. $    0.00
   4b. Property, homeowner's, or renter's insurance     4b. $    0.00
   4c. Home maintenance, repair, and upkeep expenses     4c. $    80.00
   4d. Homeowner's association or condominium dues     4d. $    0.00
5. Additional mortgage payments for your residence, such as home equity loans     5. $    0.00

Debtor 1
Debtor 2   COLON MUNET, SIXTO & TORRES SANES, GLORIBEL    Case number (if known)   3:19-bk-5575

6.  **Utilities:**
    6a. Electricity, heat, natural gas                                      6a. $      200.00
    6b. Water, sewer, garbage collection                                    6b. $       77.00
    6c. Telephone, cell phone, Internet, satellite, and cable services      6c. $      237.00
    6d. Other. Specify:  **Gas (dryer & stove)**                            6d. $       50.00
7.  **Food and housekeeping supplies**                                       7. $      775.00
8.  **Childcare and children's education costs**                             8. $      290.00
9.  **Clothing, laundry, and dry cleaning**                                  9. $      160.00
10. **Personal care products and services**                                 10. $      140.00
11. **Medical and dental expenses**                                         11. $       60.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                            12. $      377.33
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $      118.77
14. **Charitable contributions and religious donations**                    14. $        0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                    15a. $        0.00
    15b. Health insurance                                                  15b. $        0.00
    15c. Vehicle insurance                                                 15c. $        0.00
    15d. Other insurance. Specify:                                         15d. $        0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:  **IRS 1040PR**                                                16. $      130.00
17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1                                        17a. $        0.00
    17b. Car payments for Vehicle 2                                        17b. $        0.00
    17c. Other. Specify:                                                   17c. $        0.00
    17d. Other. Specify:                                                   17d. $        0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5,** Schedule I, Your Income **(Official Form 106I).**  18. $        0.00
19. **Other payments you make to support others who do not live with you.**
    Specify:                                                                19.           0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on** Schedule I: Your Income.
    20a. Mortgages on other property                                       20a. $        0.00
    20b. Real estate taxes                                                 20b. $        0.00
    20c. Property, homeowner's, or renter's insurance                      20c. $        0.00
    20d. Maintenance, repair, and upkeep expenses                          20d. $        0.00
    20e. Homeowner's association or condominium dues                       20e. $        0.00
21. **Other:** Specify:                                                     21. +$        0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                $    2,695.10
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b.  The result is your monthly expenses.            $    2,695.10

23. **Calculate your monthly net income.**
    23a. Copy line 12 (your combined monthly income) from Schedule I.      23a. $    3,207.10
    23b. Copy your monthly expenses from line 22c above.                   23b. -$   2,695.10

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                            23c. $      512.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.   Explain here:

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **SIXTO COLON MUNET** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | **GLORIBEL TORRES SANES** | |
| (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | |
| Case number (if known) | 3:19-bk-5575 | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules        12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ SIXTO COLON MUNET
SIXTO COLON MUNET
Signature of Debtor 1

Date November 7, 2019

X /s/ GLORIBEL TORRES SANES
GLORIBEL TORRES SANES
Signature of Debtor 2

Date November 7, 2019

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 19-05575-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Thu Nov  7 08:09:09 AST 2019 | COOP AHORRO Y CREDITO NAGUABENA<br>PO BOX 69<br>NAGUABO, PR 00718-0069 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Autoridad Acueductos Y Alcantarillados<br>PO Box 5729<br>Caguas, PR 00726-5729 | Autoridad de Energia Electrica<br>PO Box 363508<br>San Juan, PR 00936-3508 |
| Banco Popular de Puerto Rico<br>Bankruptcy Department<br>PO Box 366818<br>San Juan, PR 00936-6818 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 |
| Coop A/C Naguabena<br>Urb Juan Mendoza B1 Calle 3<br>Naguabo, PR 00718 | Deptednelnet<br>PO Box 82561<br>Lincoln, NE 68501-2561 | Educoop<br>PO Box 192770<br>San Juan, PR 00919-2770 |
| Empresas Berrios<br>PO Box 674<br>Cidra, PR 00739-0674 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146 SAN JUAN PR 00908-0146 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Oriental Bank<br>254 Ave Munoz Rivera<br>San Juan, PR 00918-1900 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | PREPA - BANKRUPTCY OFFICE<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SBA US Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 | Seventh Ave<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Strategic Legal Group<br>PO Box 366220<br>San Juan, PR 00936-6220 | Syncb/walmar<br>PO Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank<br>PO Box 105972<br>Atlanta, GA 30348-5972 |
| US Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | Univision<br>PO Box 659820<br>San Antonio, TX 78265-9120 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| GLORIBEL TORRES SANES<br>PO BOX 442<br>CULEBRA, PR 00775-0442 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

SIXTO COLON MUNET
PO BOX 442
CULEBRA, PR 00775-0442

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Rc
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4952

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Empresas Berrios Inc
PO Box 674
Cidra, PR 00739-0674

End of Label Matrix
Mailable recipients   30
Bypassed recipients    1
Total                 31