**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**SIXTO COLON MUNET**<br>**GLORIBEL TORRES SANES**<br><br>xxx–xx–7682<br>xxx–xx–5715<br><br><br>Debtor(s) | Case No. **19–05575 ESL**<br><br>Chapter **13**<br><br><br>FILED & ENTERED ON 2/15/22 |

*ORDER ON ARREARS*

This case is before the Court on debtor's(s') opposition to the motion to dismiss filed by Popular Auto alleging that debtor(s) has/have failed to comply with the confirmed Chapter 13 Plan (docket entry #48). Debtor(s) request(s) time to cure the arrears.

Debtor(s) is (are) hereby granted thirty (30) days from notice of this order to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's(s') failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, February 15, 2022 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge