IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SIXTO COLON MUNET
GLORIBEL TORRES SANES
   DEBTOR(S)

CASE NO. 19-05575-ESL
CHAPTER 13

# TRUSTEE'S UNFAVORABLE REPORT
# ON POST CONFIRMATION MODIFIED PLAN DATED 7/18/2024

With respect to the above-referred payment plan with a base of $38,061.00 the Trustee Renders the following recommendation:

[ ] FAVORABLE     [X] UNFAVORABLE

The liquidation value of the estate is : $ 0.00

The general unsecured pool is : $ 0.00

The applicable commitment period (years) is: 3

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):** Per PCM; arrears of $1,338.00 and July payment is due on July 30, 2024.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**(1) In Part 2.1 debtors included in the "comments" part that debtors will pay $2,693.00 to the plan from the 2020 -2023 tax refunds. In order to avoid confusion the provision in the comment part should be moved from Part 2.1 to Part 2.4 (2) Section 3.7 and Section 4.6 - Plan should read Jefferson Capital Systems LLC instead of Oriental Bank, as per transfer of claim (see docket 39).**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 7/22/2024

<u>ROBERTO FIGUEROA</u>

COUNSEL FOR DEBTOR(S)

<u>/s/ Miriam Salwen Acosta</u>
Miriam Salwen Acosta
USDC # 208910

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV