**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**SIXTO COLON MUNET**
**GLORIBEL TORRES SANES**

xxx–xx–7682
xxx–xx–5715

Debtor(s)

Case No. **19–05575 ESL**

Chapter **13**

FILED & ENTERED ON 9/13/24

### *ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION*

This case is before the Court on Debtors' motion under 11 USC § 1329 to modify the confirmed plan and to confirm the amended plan 8/19/24 (docket entry #80). It appearing that due notice was given and that there are no objections, the Court hereby grants Debtors' motion. The hearing scheduled for December 11, 2024 is hereby VACATED and SET ASIDE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, September 13, 2024 .

Enrique S. Lamoutte
United States Bankruptcy Judge